478 A.2d 111

Commonwealth v. Edmond, Appellant.
Petition for Allowance of Appeal
Denied Oct. 17, 1984.

Submitted September 23, 1983.  Marilyn C. Zilli, Assistant Public Defender, for appellant;  William A. Behe, Deputy District Attorney, for appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.